o: 13183271462          Page: 2 of 6          2021-04-09 16:05:19 GMT          15043240431          From: Thomas Shlosma

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized
representative, or by the self-represented litigant (if not represented by counsel) and submitted with the
original petition filed with the court. The information should be the best available at the time of filing.
This information does not constitute a discovery request, response or supplementation, and is not
admissible at trial.

**Suit Caption:**

Cindy Moffit                    vs.  Big Lots Stores, Inc.

> Ouachita Parish
> Filed Apr 09, 2021 12:27 PM       C-20211028
> Ethel Barfield                         CV5
> Deputy Clerk of Court

**Court:** 4th JDC                     **Docket Number:** _____

**Parish of Filing:** Ouachita          **Filing Date:** 04/09/2021

**Name of Lead Petitioner's Attorney:** Thomas Shlosman

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1      **Number of named defendants:** 1

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit
(no more than 3 categories should be checked):**

- ☐ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence
- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☑ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Plaintiff tripped over the corner of a display rack that was inconspicuously protruding into the aisle, causing Plaintiff to fall
and sustain injuries, at a store owned by Defendant.

Following the completion of this form by counsel, counsel's representative, or by the self-represented
litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of
Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Gillian Gibbs              Signature 

Address  4907 Magazine Street, New Orleans, LA 70115

Phone number: (504) 826-9427          E-mail address: gigi@shlosmanlaw.com

*Debra Wood*

_____
Ouachita Parish
Deputy Clerk of Court

Certified True and
Correct Copy
CertID: 2021051300019

Generated Date:
5/13/2021 9:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).


EXHIBIT
A

### 4th JUDICIAL DISTRICT COURT FOR THE PARISH OF OUACHITA

### STATE OF LOUISIANA

NO.                                                   DIVISION " "

**CINDY MOFFIT**      Ouachita Parish    **C-20211028**
Filed Apr 09, 2021 12:27 PM   **CV5**
Ethel Barfield
Deputy Clerk of Court

**VERSUS**

### BIG LOTS STORES, INC.

FILED: _____                _____
                                          **DEPUTY CLERK**

### PETITION FOR DAMAGES

     **NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Cindy Moffit, a person of full age of majority and domiciled in the State of Louisiana.

1.

     The following party is a made defendant herein:

         a)   **BIG LOTS STORES, INC.**, a non-Louisiana business corporation authorized to do and doing business in the State of Louisiana, with its principal place of business in Louisiana in Baton Rouge.

2.

     Plaintiff brings this suit to recover for personal injuries she sustained as a result of an incident that occurred within the premises owned and/or operated by **BIG LOTS STORES, INC.**, which incident was caused solely by the negligence and fault of **BIG LOTS STORES, INC.** and/or its employees.

3.

     On April 13, 2020, Plaintiff, was a guest patron at Big Lots located at 112 Blanchard Street, Unit 2, West Monroe, Louisiana 71291, which store is owned and operated by Defendant, **BIG LOTS STORES, INC.**

4.

     As Plaintiff carefully and prudently walked down one of the aisles in the store, she tripped over the corner of a display rack that was inconspicuously protruding into the aisle, causing Plaintiff to fall and sustain injuries.

5.

     At all times material hereto, **BIG LOTS STORES, INC.**, had the exclusive care, custody, control and guard of the area in which Plaintiff fell.

- 1 -

**Certified True and Correct Copy**
CertID: 2021051300020

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

6.

Plaintiff's fall and resulting injuries were caused solely and proximately by the negligence, want of care and liability of **BIG LOTS STORES, INC.** in the following non-exclusive particulars:

    a) Failure to maintain a safe place of business;

    b) Failing to properly inspect and maintain a safe and secure shopping environment;

    c) Failing to discover, correct and/or warn of an unreasonably dangerous condition;

    d) Failing to warn of a hazard upon which they had actual or constructive knowledge;

    e) Creating a hazard upon which Plaintiff was injured;

    f) Allowing a dangerous and hazardous condition and/or allowing the condition to exist for an unreasonable length of time;

    g) Failure to take reasonable steps to prevent a dangerous condition from causing injury.

7.

At all times material hereto, all employees of **BIG LOTS STORES, INC.** were acting within the course and scope of their employment with **BIG LOTS STORES, INC.**, whom is therefore vicariously liable for its employee's negligence under the doctrine of *respondeat superior*.

8.

As a result of **BIG LOTS STORES, INC.'S** negligence enumerated hereinabove, Plaintiff is entitled to recover for her damages under the circumstances, and herewith itemizes her damages as follows:

    A. Past, present and future physical pain and suffering;

    B. Past, present and future mental pain, anguish and suffering;

    C. Past and future medical expenses;

    D. Lost wages, disability and loss of earning capacity.

9.

Plaintiff's claims exceed $75,000.00, exclusive of costs and interest.

- 2 -




**Certified True and Correct Copy**
CertID: 2021051300020

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

10.

**WHEREFORE,** Plaintiff, Cindy Moffit, prays that **BIG LOTS STORES, INC.** be served with a certified copy of this petition and be duly cited to appear and answer same within the delays allowed by law and after all due delays and legal proceedings are had, there be judgment in favor of Plaintiff, Cindy Moffit, and against the Defendant, **BIG LOTS STORES, INC.** in an amount reasonable in the premises together with legal interest from date of judicial demand and for all costs incurred and for any other relief that this Honorable Court deems just and proper.

Respectfully Submitted,



THOMAS W. SHLOSMAN (LA Bar No. 34086)
Shlosman Law Firm
4907 Magazine Street
New Orleans, LA 70115
(504) 826-9427 Phone
(504) 324-0431 Fax
tom@shlosmanlaw.com

**PLEASE SERVE:**

**BIG LOTS STORES, INC.**
*Through its agent for service of process:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

- 3 -



**Certified True and Correct Copy**
CertID: 2021051300020

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

### 4ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF OUACHITA

### STATE OF LOUISIANA

NO.                                                              DIVISION " "

**CINDY MOFFITT**

**VERSUS**

**BIG LOTS STORES, INC.**

| Ouachita Parish | C-20211028 |
| Filed Apr 09, 2021 12:27 PM | CV5 |
| Ethel Barfield | |
| Deputy Clerk of Court | |

FILED: _____        _____
                                                        **DEPUTY CLERK**

### REQUEST FOR WRITTEN NOTICE OF ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

    In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give me, as counsel for the named Plaintiff, Cindy Moffitt, written notice, by mail, at least ten (10) days in advance of any date fixed for any trial or hearing in this case, whether on Exceptions, Motions, Rules, or Trial on the merits.

    In accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are also requested to send me notice of any Order or Judgment in this cause upon the entry of such Order or Judgment.

    DONE AND SIGNED in New Orleans, Louisiana on this 9ᵗʰ day of April 2021.

Respectfully Submitted,

_____
Thomas W. Shlosman (LA Bar No. 34086)
Shlosman Law Firm
4907 Magazine Street
New Orleans, LA 70115
(504) 826-9427 Phone
(504) 324-0431 Fax
tom@shlosmanlaw.com

4



Certified True and
Correct Copy
CertID: 2021051300021

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# SHLOSMAN
# LAW FIRM
**A LIMITED LIABILITY CORPORATION**
4907 MAGAZINE STREET
NEW ORLEANS, LA 70115

PHONE: (504) 826-9427
FAX: (504) 324-0431

Website: www.shlosmanlaw.com
Email: tom@shlosmanlaw.com

April 9, 2021

**Via Fax No.:  (318) 327-1462**
Clerk of Court
4th Judicial District Court
Parish of Ouachita
301 South Grand Street, Suite 104
Monroe, Louisiana 71203

> Ouachita Parish
> Filed Apr 09, 2021 12:27 PM     **C-20211028**
> Ethel Barfield                                **CV5**
> Deputy Clerk of Court

RE:    Cindy Moffit v. Big Lots Stores, Inc.

Dear Clerk:

Attached you will find a Louisiana Civil Case Reporting form, *Petition for Damages*, and a *Request for Notice* which we would like filed with this office. Once the *Petition in Suit for Damages* has been filed, we would like to request that service be issued as requested.

Please provide our office with verification of this fax filing and any required filing and service fees, and we will submit payment when mailing the originals to your office.

After filing of same, we would appreciate your office returning a stamped conformed copy of same in the self-addressed, postage prepaid envelope we have provided for your convenience.

If you have any questions, please feel free to give my office a call.

Sincerely,

Thomas Shlosman

TWS/gg
Enclosure

**Certified True and Correct Copy**
CertID: 2021051300022

Debra Wood

Ouachita Parish
Deputy Clerk of Court

RECEIVED
2021 APR -9
OUACHITA PAR
CLERK OF COU

Generated Date:
5/13/2021 9:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# Dana Benson

Clerk of Court
4th Judicial District
Parish of Ouachita

301 South Grand St.
Suite 104
Monroe, LA 71201
Telephone: (318) 327-1444
Fax: (318) 327-1462
www.opclerkofcourt.com

**FAX RECEIPT**

**FROM: CIVIL DEPARTMENT     ETHELB**                          **Date: APRIL 9, 2021**

**To: THOMAS W. SHLOSMAN**                 **Suit No.: DOCKET NUMBER: C-20211028**

**FAX NUMBER: (504) 324-0431**                                      **Section: CV5**

**CINDY MOFFIT VS  BIG LOTS STORES INC**

**Total Amount Due (Includes all applicable fees below) $325.00**

| | |
|---|---|
| 282-CASE REPORTING FORM | 1 PAGE |
| 105-PETITION FOR DAMAGES | 3 PAGES |
| 413-REQUEST FOR | 1 PAGE |
| 60-COVER LETTER | 1 PAGE |

The Clerk's office received the above mentioned documents by facsimile transmission dated 4/9/2021, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES AND ORIGINAL(S) ARE RECEIVED IN THIS OFFICE.**

**WHEN MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Deputy Clerk of Court for*
*Dana Benson, Clerk of Court*

**\*\*Please note that this amount does not reflect any money that you have on deposit in this matter. It is strictly the amount that is needed to file the above faxed pleadings.**

**\*\*THE ABOVE DOES NOT APPLY IF YOU ARE PAUPER OR PUBLIC BODY\*\***

# CIVIL E-FILING IS AVAILABLE
## VISIT WWW.CLERKCONNECT.COM



Certified True and
Correct Copy
CertID: 2021051300023

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

## 4ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF OUACHITA

## STATE OF LOUISIANA

NO.                                                                      DIVISION " "

CINDY MOFFIT

VERSUS

BIG LOTS STORES, INC.

> Ouachita Parish
> Filed Apr 09, 2021 12:27 PM
> Ethel Barfield
> Deputy Clerk of Court
>
> C-20211028
> CV5

FILED: _____        _____
                                      **DEPUTY CLERK**

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Cindy Moffit, a person of full age of majority and domiciled in the State of Louisiana.

1.

The following party is a made defendant herein:

a) **BIG LOTS STORES, INC.**, a non-Louisiana business corporation authorized to do and doing business in the State of Louisiana, with its principal place of business in Louisiana in Baton Rouge.

2.

Plaintiff brings this suit to recover for personal injuries she sustained as a result of an incident that occurred within the premises owned and/or operated by **BIG LOTS STORES, INC.**, which incident was caused solely by the negligence and fault of **BIG LOTS STORES, INC.** and/or its employees.

3.

On April 13, 2020, Plaintiff, was a guest patron at Big Lots located at 112 Blanchard Street, Unit 2, West Monroe, Louisiana 71291, which store is owned and operated by Defendant, **BIG LOTS STORES, INC.**

4.

As Plaintiff carefully and prudently walked down one of the aisles in the store, she tripped over the corner of a display rack that was inconspicuously protruding into the aisle, causing Plaintiff to fall and sustain injuries.

5.

At all times material hereto, **BIG LOTS STORES, INC.**, had the exclusive care, custody, control and guard of the area in which Plaintiff fell.

- 1 -



**Certified True and Correct Copy**
CertID: 2021051300023

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

### LOUISIANA CIVIL CASE REPORTING
#### Civil Case Cover Sheet - LA. R.S. 13:4688 and
#### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized
representative, or by the self-represented litigant (if not represented by counsel) and submitted with the
original petition filed with the court. The information should be the best available at the time of filing.
This information does not constitute a discovery request, response or supplementation, and is not
admissible at trial.

**Suit Caption:**

> Ouachita Parish
> Filed Apr 14, 2021 2:28 PM
> Chloe Ellington
> Deputy Clerk of Court
> FAX Received Apr 09, 2021

**C-20211028**
**CV5**

Cindy Moffit                          vs. Big Lots Stores, Inc.

**Court:** 4th JDC                    **Docket Number:** _____

**Parish of Filing:** Ouachita        **Filing Date:** 04/09/2021

**Name of Lead Petitioner's Attorney:** Thomas Shlosman

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1        **Number of named defendants:** 1

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit**
**(no more than 3 categories should be checked):**

- ☐ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence

- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☑ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Plaintiff tripped over the corner of a display rack that was inconspicuously protruding into the aisle, causing Plaintiff to fall
and sustain injuries, at a store owned by Defendant.

Following the completion of this form by counsel, counsel's representative, or by the self-represented
litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of
Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:
Name  Gillian Gibbs                    Signature _____

Address  4907 Magazine Street, New Orleans, LA 70115

Phone number: (504) 826-9427        E-mail address: gigi@shlosmanlaw.com

*Debi Wood*

**Certified True and**
**Correct Copy**
CertID: 2021051300024

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**4th JUDICIAL DISTRICT COURT FOR THE PARISH OF OUACHITA**

**STATE OF LOUISIANA**

NO. _____                                    DIVISION " "

**CINDY MOFFIT**

**VERSUS**

**BIG LOTS STORES, INC.**

Ouachita Parish
Filed Apr 14, 2021 2:28 PM
Chloe Ellington
Deputy Clerk of Court
FAX Received Apr 09, 2021

C-20211028
CV5

FILED: _____     _____
                                    **DEPUTY CLERK**

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Cindy Moffit, a person of full age of majority and domiciled in the State of Louisiana.

1.

The following party is a made defendant herein:

a) **BIG LOTS STORES, INC.,** a non-Louisiana business corporation authorized to do and doing business in the State of Louisiana, with its principal place of business in Louisiana in Baton Rouge.

2.

Plaintiff brings this suit to recover for personal injuries she sustained as a result of an incident that occurred within the premises owned and/or operated by **BIG LOTS STORES, INC.,** which incident was caused solely by the negligence and fault of **BIG LOTS STORES, INC.** and/or its employees.

3.

On April 13, 2020, Plaintiff, was a guest patron at Big Lots located at 112 Blanchard Street, Unit 2, West Monroe, Louisiana 71291, which store is owned and operated by Defendant, **BIG LOTS STORES, INC.**

4.

As Plaintiff carefully and prudently walked down one of the aisles in the store, she tripped over the corner of a display rack that was inconspicuously protruding into the aisle, causing Plaintiff to fall and sustain injuries.

5.

At all times material hereto, **BIG LOTS STORES, INC.,** had the exclusive care, custody, control and guard of the area in which Plaintiff fell.

- 1 -



**Certified True and Correct Copy**
CertID: 2021051300025

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

6.

Plaintiff's fall and resulting injuries were caused solely and proximately by the negligence, want of care and liability of **BIG LOTS STORES, INC.** in the following non-exclusive particulars:

a) Failure to maintain a safe place of business;

b) Failing to properly inspect and maintain a safe and secure shopping environment;

c) Failing to discover, correct and/or warn of an unreasonably dangerous condition;

d) Failing to warn of a hazard upon which they had actual or constructive knowledge;

e) Creating a hazard upon which Plaintiff was injured;

f) Allowing a dangerous and hazardous condition and/or allowing the condition to exist for an unreasonable length of time;

g) Failure to take reasonable steps to prevent a dangerous condition from causing injury.

7.

At all times material hereto, all employees of **BIG LOTS STORES, INC.** were acting within the course and scope of their employment with **BIG LOTS STORES, INC.**, whom is therefore vicariously liable for its employee's negligence under the doctrine of *respondeat superior*.

8.

As a result of **BIG LOTS STORES, INC.'S** negligence enumerated hereinabove, Plaintiff is entitled to recover for her damages under the circumstances, and herewith itemizes her damages as follows:

A. Past, present and future physical pain and suffering;

B. Past, present and future mental pain, anguish and suffering;

C. Past and future medical expenses;

D. Lost wages, disability and loss of earning capacity.

9.

Plaintiff's claims exceed $75,000.00, exclusive of costs and interest.

- 2 -



**Certified True and Correct Copy**
CertID: 2021051300025



Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

10.

**WHEREFORE,** Plaintiff, Cindy Moffit, prays that **BIG LOTS STORES, INC.** be served with a certified copy of this petition and be duly cited to appear and answer same within the delays allowed by law and after all due delays and legal proceedings are had, there be judgment in favor of Plaintiff, Cindy Moffit, and against the Defendant, **BIG LOTS STORES, INC.** in an amount reasonable in the premises together with legal interest from date of judicial demand and for all costs incurred and for any other relief that this Honorable Court deems just and proper.

Respectfully Submitted,

_____
THOMAS W. SHLOSMAN (LA Bar No. 34086)
Shlosman Law Firm
4907 Magazine Street
New Orleans, LA 70115
(504) 826-9427 Phone
(504) 324-0431 Fax
tom@shlosmanlaw.com

**PLEASE SERVE:**

**BIG LOTS STORES, INC.**
*Through its agent for service of process:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

- 3 -





Certified True and
Correct Copy
CertID: 2021051300025

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**4ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF OUACHITA**

**STATE OF LOUISIANA**

NO. _____                                    DIVISION " "

**CINDY MOFFITT**

**VERSUS**

**BIG LOTS STORES, INC.**

> Ouachita Parish
> Filed Apr 14, 2021 2:28 PM
> Chloe Ellington
> Deputy Clerk of Court
> FAX Received Apr 09, 2021

C-20211028
CV5

FILED: _____          _____
                                                    **DEPUTY CLERK**

## REQUEST FOR WRITTEN NOTICE OF ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give me, as counsel for the named Plaintiff, Cindy Moffitt, written notice, by mail, at least ten (10) days in advance of any date fixed for any trial or hearing in this case, whether on Exceptions, Motions, Rules, or Trial on the merits.

In accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are also requested to send me notice of any Order or Judgment in this cause upon the entry of such Order or Judgment.

DONE AND SIGNED in New Orleans, Louisiana on this 9ᵗʰ day of April 2021.

Respectfully Submitted,

_____

Thomas W. Shlosman (LA Bar No. 34086)
Shlosman Law Firm
4907 Magazine Street
New Orleans, LA 70115
(504) 826-9427 Phone
(504) 324-0431 Fax
tom@shlosmanlaw.com

4



Certified True and
Correct Copy
CertID: 2021051300026

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

04/09/2021 1:37PM FAX  3183271462          CLERK OF COURT

0001/0002
Ouachita Parish
Filed Apr 14, 2021 2:28 PM
Chloe Ellington
Deputy Clerk of Court
FAX Received Apr 09, 2021

C-20211028
CV5

**Dana Benson**
Clerk of Court
4th Judicial District
Parish of Ouachita

301 South Grand St.
Suite 104
Monroe, LA 71201
Telephone: (318) 327-1444
Fax: (318) 327-1462
www.opclerkofcourt.com

## FAX RECEIPT

**FROM: CIVIL DEPARTMENT    ETHELB**                 Date: APRIL 9, 2021

**To: THOMAS W. SHLOSMAN**         Suit No.: DOCKET NUMBER: C-20211028

**FAX NUMBER: (504) 324-0431**                       Section: CV5

**CINDY MOFFIT VS  BIG LOTS STORES INC**

**Total Amount Due (includes all applicable fees below) $325.00**

| | |
|---|---|
| 282-CASE REPORTING FORM | 1 PAGE |
| 105-PETITION FOR DAMAGES | 3 PAGES |
| 413-REQUEST FOR | 1 PAGE |
| 60-COVER LETTER | 1 PAGE |

The Clerk's office received the above mentioned documents by facsimile transmission dated 4/9/2021, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES AND ORIGINAL(S) ARE RECEIVED IN THIS OFFICE.**

**WHEN MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**



*Deputy Clerk of Court for*
*Dana Benson, Clerk of Court*

**\*\*Please note that this amount does not reflect any money that you have on deposit in this matter. It is strictly the amount that is needed to file the above faxed pleadings.**

**\*\*THE ABOVE DOES NOT APPLY IF YOU ARE PAUPER OR PUBLIC BODY\*\***

## CIVIL E-FILING IS AVAILABLE
## VISIT WWW.CLERKCONNECT.COM

*Debra Wood*

Certified True and
Correct Copy
CertID: 2021051300027

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# SHLOSMAN
# LAW FIRM
### A LIMITED LIABILITY CORPORATION
### 4907 MAGAZINE STREET
### NEW ORLEANS, LA 70115

PHONE: (504) 826-9427
FAX: (504) 324-0431

Website: www.shlosmanlaw.com
Email: tom@shlosmanlaw.com

April 13, 2021

Clerk of Court
4th Judicial District Court
Parish of Ouachita
301 South Grand Street, Suite 104
Monroe, Louisiana 71203

RE:   Cindy Moffit v. Big Lots Stores, Inc.

Dear Clerk:

Attached you will find a Louisiana Civil Case Reporting form, *Petition for Damages*, and a *Request for Notice* which we would like filed with this office. Once the *Petition in Suit for Damages* has been filed, we would like to request that service be issued as requested.

Please provide our office with verification of this fax filing and any required filing and service fees, and we will submit payment when mailing the originals to your office. **We have sent payment for this filing twice, as we believe our first payment was lost in the mail. We will void our initial check. Please reach out to us if you have any questions or concerns.**

After filing of same, we would appreciate your office returning a stamped conformed copy of same in the self-addressed, postage prepaid envelope we have provided for your convenience.

If you have any questions, please feel free to give my office a call.

Sincerely,

Thomas Shlosman

TWS/gg
Enclosure

*Debra Wood*

Certified True and
Correct Copy
CertID: 2021051300027

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# SHLOSMAN
# LAW FIRM
**A LIMITED LIABILITY CORPORATION**
4907 MAGAZINE STREET
NEW ORLEANS, LA 70115

PHONE: (504) 826-9427
FAX: (504) 324-0431

Website: www.shlosmanlaw.com
Email: tom@shlosmanlaw.com

Ouachita Parish
Filed May 03, 2021 4:21 PM
Rene Tanner
Deputy Clerk of Court

C-20211028
CV5

April 27, 2021

Clerk of Court
4th Judicial District Court
Parish of Ouachita
**Attention: Dena Peters**
301 South Grand Street, Suite 104
Monroe, Louisiana 71203

RE:   Cindy Moffit v. Big Lots Stores, Inc.
      4th Judicial District Court, Parish of Ouachita, No. C-20211028

Dear Ms. Peters:

Enclosed is a check in the amount of $325.00 to cover the cost of the filing of the Petition for Damages in the referenced case.

Also enclosed is a check in the amount of $25.00 to cover the administrative costs associated with the voided check, check no. 1017, dated April 13, 2021.

If you have any questions, please feel free to give my office a call.

Sincerely,

Gillian "GiGi" Gibbs

Enclosure

RECEIVED



**Certified True and
Correct Copy**
CertID: 2021051300028

Deba Wood

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).



OPC.CV.6434344

# CITATION

**CINDY MOFFIT**

**VS**

**BIG LOTS STORES INC**

**DOCKET NUMBER: C-20211028**
**SEC: CV5**
**STATE OF LOUISIANA**
**PARISH OF OUACHITA**
**FOURTH JUDICIAL DISTRICT COURT**

## EAST BATON ROUGE PARISH

TO:
      BIG LOTS STORES INC
      THRU ITS AGENT FOR SERVICE OF PROCESS:
      CORPORATION SERVICE COMPANY
      501 LOUISIANA SAVE
      BATON ROUGE, LA 70802

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15) days** after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within **FIFTEEN (15) days**, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this APRIL 15, 2021.

OUACHITA PARISH, CLERK OF COURT

Also attached are the following:
PETITION FOR DAMAGES



DEPUTY CLERK OF COURT



FILED BY: SHLOSMAN, THOMAS W.

*FILED*

ORIGINAL

Debn Wood

Certified True and
Correct Copy
CertID: 2021051300029

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

4ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF OUACHITA

STATE OF LOUISIANA

NO. C-2021-1028                                    DIVISION "CV5"

CINDY MOFFIT

VERSUS

BIG LOTS STORES, INC.

> Ouachita Parish
> Filed May 10, 2021 3:44 PM
> Ethel Barfield
> Deputy Clerk of Court
>
> C-20211028
> CV5

FILED:_____                    _____
                                               DEPUTY CLERK

### MOTION FOR EXTENSION OF TIME

   **NOW INTO COURT**, through undersigned counsel, comes defendant, Big Lots Stores, Inc.,

and respectfully moves this Honorable Court for an extension of time of thirty (30) days to file

responsive pleadings.   Mover respectfully represents that no previous extensions have been

requested, and there are no objections to same in the record of this matter.

                         Respectfully submitted,

                         **THE TRUITT LAW FIRM**
                         A Limited Liability Company

                         _____
                         JACK E. TRUITT, BAR NO. 18476, T.A.
                         LOU ANNE MILLIMAN, BAR NO. 23869
                         MICHELLE MAYNE DAVIS, BAR NO. 23027
                         LAUREN A. DUNCAN, BAR NO. 37105
                         ANGELINA VALURI, BAR NO. 37901
                         149 North New Hampshire Street
                         Covington, Louisiana 70433
                         Telephone: (985) 327-5266
                         Facsimile: (985) 327-5252
                         Email: mail@truittlaw.com
                         Counsel for Big Lots Stores, Inc.

### CERTIFICATE OF SERVICE

   I hereby certify that a copy of the above and foregoing has been duly served on all counsel

of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on May 10, 2021.

                         _____

RECEIVED

2021 MAY 10 ᴄ 3: 45

OUACHITA PARISH
CLERK OF COURT



Certified True and
Correct Copy
CertID: 2021051300030

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:08 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

4th JUDICIAL DISTRICT COURT FOR THE PARISH OF OUACHITA

STATE OF LOUISIANA

NO. C-2021-1028                                          DIVISION "CV5"

CINDY MOFFIT

VERSUS

BIG LOTS STORES, INC.

> Ouachita Parish
> Filed May 10, 2021 3:44 PM
> Ethel Barfield
> Deputy Clerk of Court
>
> C-20211028
> CV5

FILED:_____          _____
                                        DEPUTY CLERK

### ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that defendant, Big Lots Stores, Inc., is granted an additional thirty (30) days time, from the signing of this Order, to file responsive pleadings in the above entitled and numbered matter.

Monroe, Louisiana, this _____ day of _____, 2021.

_____
THE HONORABLE ALVIN R. SHARP



*Debra Wood*

Certified True and
Correct Copy
CertID: 2021051300031

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:08 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Ouachita Parish
Filed May 10, 2021 3:44 PM
Ethel Barfield
Deputy Clerk of Court

**C-20211028
CV5**

4ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF OUACHITA

STATE OF LOUISIANA

NO. C-2021-1028                                    DIVISION  "CV5"

CINDY MOFFIT

VERSUS

BIG LOTS STORES, INC.

FILED:_____        _____
                                                              DEPUTY CLERK

## REQUEST FOR NOTICE

**NOW INTO COURT,** through undersigned counsel, comes defendant, Big Lots Stores, Inc.,

and respectfully requests written notice of the date of trial, as well as written notice of each rendition

by the Court of any judgment, and/or interlocutory order entered in the above entitled and numbered

case pursuant to Articles 1913, 1914 and 1572 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
LAUREN A. DUNCAN, BAR NO. 37105
ANGELINA VALURI, BAR NO. 37901
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for  Big Lots Stores, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel

of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on May 10, 2021.

_____

Certified True and
Correct Copy
CertID: 2021051300032

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:08 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

05/10/2021   13:27 PM    TO:13183271462   FROM:9852730491   Page: 2

Ouachita Parish
Filed May 10, 2021 3:44 PM
Ethel Barfield
Deputy Clerk of Court

C-20211028
CV5



149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
TELEPHONE: (985) 327-5266
FACSIMILE: (985) 327-5252

— THE —
TRUITT LAW FIRM
— LLC —
KNOWING BOTH SIDES OF THE CASE: IT'S WHY WE WIN!
NEW ORLEANS, LOUISIANA

NEW ORLEANS OFFICE:
433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393
REPLY TO COVINGTON OFFICE

Writer's Email:
btruitt@truittlaw.com

May 10, 2021

*Via Facsimile Transmission ( 318) 327-1462*
*and Regular U.S. Mail*
Clerk of Court
4TH Judicial District Court
P.O Box 1862
Monroe, Louisiana 71201-1862

RE:   Cindy Moffit vs.
      Big Lots Stores, Inc.
      4th JDC; Docket No.: 2021-1028, "CV5"
      Our File No.:26-04921
      Claim  No.: 20- 0231143
      Date of Loss: 04/13/2020

Dear Clerk:

Enclosed please find our Motion for Extension of Time and Request for Notice in connection with the captioned litigation.  Please file into the record and return conformed copies to me in the enclosed, self-addressed and stamped envelope.

We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute 13:850.  Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

We will remit the original pleadings and cost due within five days of today.  If you have any questions, please do not hesitate to contact me.

With kindest regards,

JACK E. TRUITT

JET/bm
Enclosures
cc:   Thomas W. Schlosman, Esq. *(Via Facsimile Transmission Only (504) 324-0431 w/encl.)*



Certified True and
Correct Copy
CertID: 2021051300033

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:08 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# Dana Benson

Clerk of Court
4th Judicial District
Parish of Ouachita

301 South Grand St.
Suite 104
Monroe, LA 71201
Telephone: (318) 327-1444
Fax: (318) 327-1462
www.opclerkofcourt.com

**FAX RECEIPT**

**FROM: CIVIL DEPARTMENT**   ETHELB                      **Date: MAY 10, 2021**

**To: JACK E TRUITT**                      **Suit No.: DOCKET NUMBER: C-20211028**

**FAX NUMBER: (985) 327-5252**                      **Section: CV5**

**CINDY MOFFIT VS BIG LOTS STORES INC**

**Total Amount Due (Includes all applicable fees below) $200.00**

| | |
|---|---|
| 200-MOTION FOR/TO | 1 PAGE |
| 236-ORDER | 1 PAGE |
| 413-REQUEST FOR | 1 PAGE |
| 60-COVER LETTER | 1 PAGE |

The Clerk's office received the above mentioned documents by facsimile transmission dated 5/10/2021, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES AND ORIGINAL(S) ARE RECEIVED IN THIS OFFICE.**

**WHEN MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Deputy Clerk of Court for*
*Dana Benson, Clerk of Court*

**\*\*Please note that this amount does not reflect any money that you have on deposit in this matter. It is strictly the amount that is needed to file the above faxed pleadings.**

**\*\*THE ABOVE DOES NOT APPLY IF YOU ARE PAUPER OR PUBLIC BODY\*\***

# CIVIL E-FILING IS AVAILABLE
## VISIT WWW.CLERKCONNECT.COM



**Certified True and Correct Copy**
CertID: 2021051300034

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:09 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

05/10/2021  13:27 PM   TO:13183271462  FROM:9852730491 .      Page: 3

4th JUDICIAL DISTRICT COURT FOR THE PARISH OF OUACHITA

STATE OF LOUISIANA

NO. C-2021-1028                                         DIVISION "CV5"

CINDY MOFFIT

VERSUS

BIG LOTS STORES, INC.

> Ouachita Parish
> Filed May 10, 2021 3:44 PM
> Ethel Barfield
> Deputy Clerk of Court

C-20211028
CV5

FILED:_____        _____
                                          DEPUTY CLERK

### MOTION FOR EXTENSION OF TIME

**NOW INTO COURT,** through undersigned counsel, comes defendant, Big Lots Stores, Inc., and respectfully moves this Honorable Court for an extension of time of thirty (30) days to file responsive pleadings.  Mover respectfully represents that no previous extensions have been requested, and there are no objections to same in the record of this matter.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 18476, T.A.
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
LAUREN A. DUNCAN, BAR NO. 37105
ANGELINA VALURI, BAR NO. 37901
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Big Lots Stores, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on May 10, 2021.

_____

RECEIVED

2021 MAY 10  3:45

OUACHITA PARISH
CLERK OF COURT

_Debra Wood_



**Certified True and
Correct Copy**
CertID: 2021051300034

Ouachita Parish
Deputy Clerk of Court

Generated Date:
5/13/2021 9:09 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).